*orginals LT*



**FILED**

8/24/2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

# RECEIVED

JUL **1 9** 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VICTOR OROZCO

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: **16 c 6416**

(To be supplied by the Clerk of this Court)

Thomas Dart et al.,
LT. Thonson - Div 3 Annex
LT. Ochoa - Div 3 Annex
Connie Manella
John and Jane Doe's in
Divisons, 1, 3, 5, 6, 3 Annex

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**      **AMENDED COMPLAINT**

☒     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Subscribed and Sworn to Before me this
15th Day of July 2016

Notary Public

OFFICIAL SEAL
JULIE LEWIS
Notary Public - State of Illinois
My Commission Expires 8/18/2018

Victor Orozco

I.  **Plaintiff(s):**

A.  Name: Victor Orozco

B.  List all aliases: N/A

C.  Prisoner identification number: IDOC B72146  COOK COUNTY #1S  2013-0710046  2013-1204336

D.  Place of present confinement: I.D.O.C. Lawrence CC.

E.  Address: 10930 lawrence Rd. Sumner IL. 62466

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Thomas Dart

Title: Head Sheriff

Place of Employment: Cook County jail

B.  Defendant: LT. Johnson

Title: LT. Lieytenant

Place of Employment: Cook County jail-3Annex

C.  Defendant: LT. Ochoa

Title: Lieytenant

Place of Employment: Cook county jail - 3 Annex

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                    Revised 9/2007

D) 4. Connie Manella
Cheief Medical Officer ("Cermack Health")
Cook County Jail Health & Hospital Cemack

E) 5. John Doe's and Jane Doe's
("Officers, Lieutenant's, majors
Captam's, Surgeant's, Superintendent's
For doctor's and nurses = Hospital personal.
For divison 1 one, 3 three, 5 Five, 6 Six
3 Annex.

5                                    Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Victor Orozco-Vs- Edward Leighton et al. # 15cv8643

B. Approximate date of filing lawsuit: SepTember 2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N|A

D. List all defendants: Edward Leighton #4113, Bobby jackson #5556 #P->Raddatz, paluch, DAN #0467 14th DistricT police, officers, CiTy OFChicago John and jane Doe's. & chicago police DepT.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): northern

F. Name of judge to whom case was assigned: John Z. Lee

G. Basic claim made: Injuries (police burTality)

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STill pending

I. Approximate date of disposition: n|A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

contracted H-pylon. in cook county Jail Division 3-Annex Due to its conditions poor Sanitacion Run down constrution, molded celling parles, bugs. Ants. RATS, Roaches, spiders, water problems. yard was filled with goose shit a puddles of stagnet water with goose shit floting in it. Goose Running wild & shiting every where was forced to step in it as well the Rost of Inmates. And we tracked goose shit back to our bludiny, Hallways Dorms on a daily basis All Junmer & Spring. of 9/10/13 till 8/29/14, goose shit would dry onced Tracked Back into Bolidiny "Div 3 Annex". It would be Air Bourne And blow over everything including beds. personal items And Fad. that we consumed from the state & personal. was forced to breath the same air "No windows" this is How I contracted H. pylori. & Have stomach problems till this day. Wild geese Run in great numbers Being feed by CC.DOC personal by leaving grabage from Institution of Cook county Jail they are Breeding on grounds. Imates working in chicken coopes And they Tracking chicken shit Back to Dorms.

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ N/A _____

B. Approximate date of filing lawsuit: _____ N/A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ N/A _____

D. List all defendants: _____ N/A _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F. Name of judge to whom case was assigned: _____ N/A _____

G. Basic claim made: _____ N/A _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

this action Orise's out of
Violation of the 14th Amendment
to the U.S. Constitution where
defendants were deliberatley
housed (OROZCO) plaintiff
in a buildings which was Known
to have unsuitable housing
conditions which offened the
Constitution and (Orozco)
rights the building conditions
were deplorable and a result
caused pain, discomfort, tortoure
emotional distress and injuries
long term illnesses to the.
plaintiff (OROZCO).

ON OR Around July 9 of 2013.
(OROZCO) plaintiff was housed.
in the cook county jail Divison 3
building on the First Floor and
later that year 2013 and 2014.
Divison 5, Divison, Six. 3, Annex
Divison 1, is Full of rust and
Crumbling walls & Iron.

PlaiNTiFF (OROZCO) noticed clod
Tempertures, NoHeaT, condemNed
conditionis iN. Divison 3, Divison
3 Annex, Divison 5, Divison 6
Divison 1, in Mid 2013 Till Jully
OF the 29th 2014.

Cells were filthy, toilet's had
Stoped up waste, leaky Faucet's
and toilet's, low presure For
water, bugs spiders etc, odoes
of human feces. chiped painted
walls. (Lead) iN Div, 1, Div3, Div 6
Div 5. Div 3 Annex From July 9th
2013 till July 29th 2014

Cold conditions in cell's (Housed).
IN cell's House's where you could
See your breath Shaking at Night
unbareable coldness and dirty in
cell House's. or Divison 5, Divison
6. Division 1, Divison 3 Annex
Divison 3. From July 9th 2013
Till July 29th 2014.

SHowers would stink from backup
water (stayneT) cold showers 99%
of the time trinkling water
From shower head. iT was torture
to shower in those conditions

thier were mice, rats, bugs all
sortis, wild geese (outdoors)
of Division 3 annex, goose
Feces everywhere. in Divison 1
Divison, 3 Divison 6, Divison 5
Divison 3 annex From 7/a/2013
Till 7/29/2014.

Divison 3, Divison 3 Annex, Divison 6
Divison 5, Divison 1 over all
Conditions were horible these
Divison's were Condemned er
on the verge of being Cook County
Jail failed to Fix problems Clo·s
Agreeing with inmates about con-
ditions would move Inmates
Constant to throw them off in
Future law suite·s Cook County
Jail.

Knew thier was serious Risk and harm being done to Imates No Value for human life Health and Saffy were at Risk.

Doc.cc is a system in disavail unOrganized and Values human life Vary Vary little. this is a business with no moral's its chaoTic from the time you enter till the time you leave. Mr Dart Failes at multi level's of keeping A well kepT SanaTary confidment of space call Cook County Jail and Jail House cells and Hallways.

Mr Dart (Thomas) did nothing To enforce repairs Mr. Dart Failes AS A Superior Neglagance on Cook County's behalf Causing tortoure and illness in Harsh wing conditions. in Div 1, Div 3 Div 6, Div 5. Div. 3Annex From 7-9-2013 Till 7/29/14.

Divison 3 Annex Affected me
the most. its where I belive
I caught my illness but the
other Divion's 1,3,5, 6 played
a parT due varmit and dirty
Conditions. Divison 3 Annex
was and is A Comdemned building
iT was and is A woman's divison
that was closed down then opened.
once again For men due to over
crowding and cause the Found.
asbestos in Div 14 and moved
them to 3 Annex (Drug cenit).
Whole dorms in Division 3 Annex
were unused Joe to unliveable
conditions. Dripping Jelling pannkes
Some or most with black mold.
Units that we lived in had Bad
Problems No Hot water, No
urineall's. Toilets used as urineall's
60 to 80 Inmates using on twolet
with No door As a Shiiter No
cleaning Supplies, Sink dirty toilets
dirty Sick people with bad Sickness
Being Housed in 3 Annex

And Using the Same Sinks and tiolet.
Most of the time Sink and tiolets
were backed up. bugs where A major
problem Ants, Spiders, Water bugs
Flies and other bugs. mildew in
Showers and black mold. when rained
Sewers would over Flow causing drains
in Dorms to over flow as well. but
Most important were mice, Rats.
and wild geese Roaming the.
grounds, Hallways, dorm's.
Wild geese Roamed out side Freely
nesting, attacking, shiting (Feces)
every where they were able on
Walks to court buildings, To
Visites. building Division 3 and
Yard in Division 3 Annex Had Feces.
on the concrete and stagnet puddles
of Water Full of Feces from
wild geese the grass had
Feces. You could not Step with
out Steping in wild geese Feces.
this was going on in Division 3 Annex
From 7/9/2013 till 7/29/2014 and
probley till now.

due to conditions (OROZCO)
plaintiff became such Health care
refused to provide (OROZCO)
adequate Treatment and Con-
tracted Hpylori which led. To.
Ulcers and I.B.S. From Fecal
Matter in water, water being
Used To prepare Food (Central
Kitchen) Cook County Jail.
Food given by cook county jail
that Had Fecal matter of
wild geese and rodents etc.
I Caught Hpylori Had Fevers
cold sweats, Flu type conditions
was given repeated rounds of
Antiboitics. Long Term Acid reflux
medication (Bone damage) and.
ulcers and I.B.S from Antibiotics
Use. Causing life long Illness.
Fecal matter Dryed up in Hall-
ways, Dorms. in Dwision 3 Annex
and went Air bourn, got on
everything in the Dorm. Food.
bedding, etc.

Addressing tHe deficience8.
Date8 of
Incarceration.
Cook County jaiL.
place and Time8.
To tHe besT of my Knowledge.
VicToR OROZco.
- vs -
THomas DaRT eTAL.

1. Divison three (" 3") July 9, 2013?
2. E.M. - 7/10/13 To 8/27/13
3. Divison one (" 1")
4. Divison eleven (" 11") 9-13-2013
Till 11-4-2013 Dorm BH
5. NRC "STaTe ville" paRole violation
11-4-2013 Till 12-4-2013
6. Divison one (" 1") - ABO - 1A
12-4-2013 Till 12/20/2013
7. Divison Six (" 6") - K - 12-2013
Till 2-2014.
8. Divison Five (" 5") 2-2014 Till
2-7-2014 A week or so.
9. Divison Six (" 6") 3-9-2014 Till
10. Divison tHree, Annex 3/13/2014
Till 6/22/2014 (" D3AX-B3-1")
11. NRC. STaTeville 6/22/2014 Till 6/22/2014.

12. Divison one (v14) F House
4th Floor. From 7/22/2014.
Till 7/29/2014

B. Cook County ID numbers
During 2013 Till 2014. Stay
in Cook county jail
1. 2013-0710046
2. 2013-1204336
You may also use thier logs.
For Dates, Time, Divisons etc.
I Have enclosed Dates
month's, Divison's, Dorm's.
To the best of my know-
ledge.

14. This case. # 16c6416 start's
in july 29th 2014 the Last
day I was IN the County
of Cook. or when I got.
Tested For Hpylori which
is in late June 18 2014.

15 June 2014
   June 2015 -1yr1 Time to File
                    case.
   June 2016- 2yr8.
or July

Addressing the deficience's
 Condition's of Confindment
1.
Divison three (" 3") a condemned
building thier's no Heat I could
see my breath. Spider's, cobweb's
all over my cell and Hall way
no hot running water cold showers
in stagnet water shower's backup
dirty floor and wall's Dayroom
dirty chiped painted walls dripping
sink's and toilet's, dust on vents
and floor's, asbesto's bug's etc.
mice, cold food being being
sereved by Central Kitchen in
Cook County jail Divison 3
Tom Dart. John and Jane Doe's
(" Lieutenant's, Sergeant's,
Officer's. major's, captain's
all knew of the bad condition's
they walked the grounds of
Divison three (" 3") and its Hall-
way's and dorm's it thier
Work place.

2. Divison eleven ("11") mice
and bug's other wise good.
Condition's (BH) dorm was.
clean and New Varmint where
in Housing unit Tom Dart
John and Jane Doe's ("officers
,Lieutentenants, major's, captain's
Sergeant's working in Divison
eleven("11") all Knew of the
bad living condition's Concerning
mice and bugs. they walked
the grounds of Divison eleven
and Hallways. and dorm's
every day.

3. NRC. Stateville → N/A

4. Divison one ("1") ABO A
Condemned building no Heat
cold showers, spiders, bugs.
dirty. Divison one was old
Falling down "crumbling" Rust
every where. asbestos. pain T
chipped may be lead, cold food
mice Tom Dart. John and

Jane Doe's ("Officer's, Majors
Captains, Lieutenants, Sergeant's
Medical personal. all knew
of the bad living and working
conditions As they walked
the grounds of Divison one.
"A.B.O" and its Hallway's and.
dorm's (" Well's") and Tunel's.
every day.

5. Divison Six ("6") H old building
Condemned state. Frost and
Ice build up on inner window
in cell. Could see your breath
they had to give us extra
blankets, no Heat. cold showers
mice, waterbugs in closet
sink, sinks where backed up
Toilet's where broke and dripping
dust, chipped paint on ceillings
vents where dirty and clogged
up. Tom Dart. John and Jane Does
(" officer's, Lieutenant's, major's
Captain's, Sergeant's all new of,
the bad working and living conditions

in Divison Six As they walked
the grounds of Divison six and
its Hallways and dorm's.
every day. they worked.

6. Divison Five ("5") A condemned
building whole Housing units empty
due to being un lweable. Chipped
paint every where may have lead.
dirty and dust every where A
Foul situation bugs spiders
not Hot water cold showers
Toilets didnt work, vents
clogged, mice Tom Dart
John and Jane Does (" officers)
majors, captains, lieutenant's,
sergeants, medical personal all
knew of the bad working and
living conditions in Divison Five
As they walked the grounds of
Divison Five(" 5") and its Hall-
ways and dorm's every day
they worked.

7. Divison Six ("6" "m") old. Building
Condemn State, Whole pod's.
Un Used, Where Shipping Inmates
Constantly From Divison To.
Divison From pod To pod. To
Confuse tHem. and To Con-
dition's, No Heat, Bugs etc.
Spider's, dirty, Smelled.
damped, mice Where eating
our store bought food. Tom
Dart, John and Jane Doe's
("Officer's, Lieutenant's,
major's Captain's, Sergeant's etc.
all new of the unliveable
conditions they walked the grounds
and Hallways and units (= pods")
every day.

8. Divison tHree Annex ("3 Annex")
tHe most Inportant because tHis
Is where my Illness Started.
In tHe montH of JuNE and July
A Condemned building. A Woman's
divison closed Due to it being
nonliveable re opened For men
due To overcrouding, goose. Feces.

due To wild geese on cook
county jail property, geese
nesting around Division 3
Annex and its yard. geese
Feces dotted the walk To.
court, vistes, and yard.
was Forced To step in Feces.
Tracking it back To units and
Hallways By way of Inmates
and officers, drug counselor
and medical personal. This
Happened on a Daily Basis
the Tracking of geese feces
Feces would Dry up and get
air bourn By natural state.
and By Huge A.C. unit's
placed in Dorm's. Vents.
broken No openable windows
Feces would land on every-
thing Bed's, bunks, Food.
Toilets, Sink; drinkable
water. Black mold on cellmg
poanles, and Shower walls.
Whole Dorms un used. Due To,
Unliveable conditions, dripping
cellings. over flow of drains

When it rained, rain water
all over the dorm Fool Smell's
afterwards (goose Feees Smell)
no Hot water most of the day
cold Shower's, back up Sink's
with Spit and Soap Scum etc.
Clogged Toilet's no door's
For Toilet's or Stall's exposed
To everyone. no urinal's
("woman Divison") Sick people
housed in Same dorm erea.
With Terrminal Illnesses ttis
people coughing, bleeding using
Same Toilet's and Sink's
Spider's and ant's, water bugs
Flies etc. TOM DART, LieuTen-
ant's Johnson and Ochoa
John and Jane Doe's ("officer's
mejor's, captain's, Sergeant's
drug counselor's, medical personal
allknew of the bad conditions
they walked the grounds of
Divison 3 Annex and its Hall-
ways and DORM's every day.

Medical personal, drug
Counselor's all had Know-
ledge of the unliveable
conditions in Cook County Jail
Divison 3 Annex etc. System
of Housing they walk the
ground's the work in the
Housing Units in question
the walk the Hallways and
Dorm's these Divisons are thier
workplace they are thier every
day they work How are they
not going to know about the
bad conditions of Housing even
Some officers Agreeing with
Inmates about the bad conditions
they Have a problem with over
Crowding Tom Dart New of
the conditions of Divison 3 Annex
and other divisons if Divison 3
Annex never opened and remained
closed I would of never got placed
their and I wouldnt of got
H pylori ("i sick")

10. Defeardant Tom Dart walked thru Divison 3 Annex ("the old woman's Divison") He was thier to see the conditions of the Housing. Women's Divison tac old 3 Annex was closed for a reson And Reopend only Due to over crowding so men where placed. in this Comdemned Divison 3 Annex And Housed OROZCO.

11. Defendant LT. Johnson ("Female") Worked Divison 3 Annex 1st Shift she was LT. in charged. or the on goings From 7 Am to 3pm she worked and walked the Hallway and Dorms of Divisan 3 Annex every morning. She Seen the conditions Day in and Day out she new about Black mold Dripping cellings, Feces of goose. no Hot Water. etc

12. DeFendanT LieuTenanT Ochoa worked in Divison 3- Annex from 7Am To 3pm 1STShift She lead officer's in Divison 3 Annex she Knew of the bad living conditions in Divison 3 Annex and in Hallways and dorm's of Divison 3 Annex She also walked us To yard and new about the geese Feces on the ground's of Divison 3 Annex

13. DefendanT's. John and Jane Doe'S (" SuperinTendent's, CapTain's, majors, lieuTenanT's Surgeant's, food Supervisors officer's working in Divison's Five, Six, One, three, three Annex that worked the Deck's and Dorm's while I was Housed in Cook County Jail,

14. DeFendanT. Connie Manell a
And medical personal ("Doctors")
under Her Watch. Bear Doctors
Have the respond. ability To
report back to connie Manella
about medical finding with
in the compound of cook
county jail. Doctors and
Nurses Have a duty to
relate back To superior's OF
illness like H pylori, I belive
the doctor and nurses in
Divison 3 Annex Had no clue.
or Knowledge oF what they
were doing cause I complained
about Heart burns and was
Tested For H pylori And gave
me medications (repeated
rounds oF antibiotics) which
I didnT need. you only test
For Hpylori iF you complainT
about ulcers which I didnT Have.
which led me to Have later
in the FuTure ("ulcurs") Due
to Taking to many antibiotics.
And led me To Have I. B. S.

AS Well, doctors Know about the
side effect's of medication's
SpecialLay IF you dont require
them I contracted H pylori,
ulcur's, I.B.S. From cook county
Jail while Housed in Divison 3 -
Annex and the rest of the
Divison in my claim these ullnesses
Are life long Something I didnT
Have prior to me entering cook
County Jail As you Know I got
the illness At the very end of
my stay in cook County Jail I
contracted the illness by way
of Feces being ing the Drinking
Water and food being Skreved
in these divison's that the
Central Kitchen prepared for us
To eat. Feces from geese was Tracked
In to divison 3 Annex Hallways and
dorm's by Inmates and cook county
personal which dryed up and got
air bourn by Huge AC units in
dorms.

Which blew Feces on Beds. blankets. bunks, food we ate given by Cook County Jail Food we bought on toilets, sinks, showers, black mold on culling pannels may Have caused. other illness.

15 Jail Officials New of what was going on that's why they were shipping us to other divison's every few day or weeks we were never stable this was a tactic they used and new about I wrote grievances they were in My property in Division 3 Annex offical's put it away. I would get back when I returned from N.R.C. Stateville I was only dressin in and dressin out on 7/22/14 but I was put in Divison one I never seen my property again tryed to get it no luck. I complaint to doctors about Heart burn dont know why I was Tested For Hpylori.

didnT Have ulcers and was given
Medication For Hpylori which led
me to have ulcers in the future
which then led to I.B.S. Cook
County Jail Divison 3 Annex is
the root of my illness as the
rest of the Divison in my claim
this is something I Have to live
with For the rest of my life
as well as Taking medication's
Feces from geese, Rats, and
mice being in Food caused my
illness ("Hpylori") wild geese
nesting and Roaming Freely on
cook county Jail grounds. I
thought I was getting treated
For Heart burn I Trusted doctors
in Divison 3 Annex the gave me
medications that caused more
problems (ulcers & I.B.S) my
Illness Takes place in cook county
Jail Divison 3 Annex A condemned
building that was a womens Divison
about the Date and time of late
June and July of 2014.

# Prayer of Relief

I. Wherefore plaintiff Victor Orozco respectfully request that this court grant the following relief against the named defendants.

A.
Judgement for permanent injujative relief consisting of ordering defendant Tom. Dart et al. Cermack Health Services, Connie Manena, LT. johnson, LT. Ochoa both of Divison 3 Annex, Cook County jail, John and Jane Doe's of cook county jail. doctors and nurses of Cook county jail. To refer Orozco to contract Illnesses "Hpylori" Causing long term illness that followed by other illness which Are long term as well (ulcers, I.B.S.).

B.
Judgement For Compensatory damages. against all defendants jointly and Severally in thee amount of $500,000 ºº or to &e determined at trail.

c. Judge for punitive damages against
defendant's Tom Dart et al.
individually in thee amount of
$500,000⁰⁰ or to be determined at
tariL.

d. Judgement for Nominal damages to
Vindicate the Violations of
Orozco rights under the Constitution
of the United States of America

E. An Award of all cost's of this action
against all defendants jointly and.
Severally including resonable attorney's
Fee's inaccordance with 42 U.S.C
§§ 1988 and 1997 (e) and.

F. Judgement for Future medical costerc.
medication cost. Sugries, hospital Stay's.
in thee amount to be determined at
trail.

G Such other and futher relief that the
court deems appropriate,

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes.

To Reprimand cook county Jail For its Conditions
m Reimbursement For Contraction of THis illness "Hpyloriu
over i year
& its After uffects, pain And Suffering. & Future
medical Bills. etc. that pretain To THe illness
& After Affects of H pylori. & Medications. Needed.
Mal pratice, qunieepig for Medications Cause's & Affects
IN Cook &                                    cook

VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief. I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this **06** day of **July**, 20 **15**

_____

Victor of Z
(Signature of plaintiff or plaintiffs)

VICTOR OROZCO
(Print name)    #IDoc    COOK# 2013-0710046
B72146    20131204336
(I.D. Number)

10930 lowrence Rd.

Sumner IL. 62466
(Address)

6                                    Revised 9/2007

ConTinue.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be Just in accordance with the law.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___6___ day of ___7___, 20_16_

___Victor oRo___
(Signature of plaintiff or plaintiffs)

___Victor orozco.___
(Print name)

2013-0710046
B12146 (IDOC) (Doc cc) 2013-1204336
(I.D. Number)

___10930 lawrence Road___
___Sumner IL. 62466___
(Address)

Revised 9/2007